█ OLIVIA G. SEELER, INC., Respondent, v. KATHERINE KIERNAN, Appellant.— In an action by a real estate brokerage corporation to recover commission for having produced a purchaser to whom defendant sold her property, defendant appeals from a judgment of the County Court, Westchester County, entered April 27, 1960, in favor of plaintiff, after a jury trial. Defendant contended that she did not employ plaintiff. Judgment affirmed, with costs. No opinion. Nolan, P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.